IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

GARY WILLIAM HOLT,                              Ⅹ
                                                Ⅹ
         Petitioner,                            Ⅹ
                                                Ⅹ
                                                Ⅹ
vs.                                             Ⅹ        No. 06-2048-D/P
                                                Ⅹ
BRUCE PEARSON,                                  Ⅹ
                                                Ⅹ
         Respondent.                            Ⅹ
                                                Ⅹ

---

ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT
OR PAY THE HABEAS FILING FEE

---

         Petitioner Gary William Holt, Bureau of Prisons inmate registration number 33069-138, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a pro se petition pursuant to 28 U.S.C. § 2241 on January 23, 2005. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

         A habeas petition carries a filing fee of five dollars ($5.00).  28 U.S.C. § 1914(a). Holt's petition is not accompanied by either the filing fee or a motion to proceed in forma pauperis. Accordingly, Holt is ORDERED either to submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner <u>in forma pauperis</u> affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this _27_ day of January, 2006.

/S/ Judge Benice Bouie Donald
United States District Court

---

[1]    In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed <u>in forma pauperis</u> will be denied.

2